# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARK GOWLAND, derivatively on behalf of COLONY CAPITAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> THOMAS J. BARRACK, JR., *et al.*, <br><br> Defendants. | Civil Action No. 1:18-cv-03176-CCB |
| BRIAN BARRY, derivatively on behalf of COLONY CAPITAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> THOMAS J. BARRACK, JR., *et al.*, <br><br> Defendants. | Civil Action No. 1:19-cv-00162-CCB |

## JOINT STATUS REPORT

On February 26, 2019, Plaintiff in Civil Action No. 1:18-cv-03176-CCB, Mark Gowland, Plaintiff in Civil Action No. 1:19-cv-00162-CCB, Brian Barry ("Plaintiffs"), Defendants Thomas J. Barrack, Jr., Richard B. Saltzman, Darren Tangen, Neale Redington, David T. Hamamoto, Douglas Crocker II, Nancy A. Curtin, Jon A. Fosheim, Justin E. Metz, George G. C. Parker, Charles W. Schoenherr, John A. Somers, and John L. Steffens, and Nominal Defendant Colony Capital, Inc., f/k/a Colony NorthStar, Inc. ("Defendants," and collectively with Plaintiffs, the "Parties"), jointly moved the Court to stay all proceedings in these cases until a decision is rendered on the motion to dismiss the Second Amended Complaint in *Brian Barry v. Colony NorthStar Inc., et al.*, No. 2:18-cv-02888 (C.D. Cal. filed April 6, 2018) ("Securities Class

Action"), a putative class action based on substantially similar underlying allegations. (Dkt. No. 28.) On March 5, 2019, the Court granted the Parties' joint request for a stay and ordered the Parties to provide a Joint Status Report every 120 days during the pendency of the stay. (Dkt. No. 29.)

Pursuant to the Court's March 5, 2019 Order, the Parties report that the motion to dismiss the Second Amended Complaint in the Securities Class Action is fully briefed and pending before the United States District Court for the Central District of California. On June 21, 2019, the court continued the hearing on the motion to August 1, 2019.

The Parties are not aware of any additional derivative stockholder cases that have been filed asserting claims based on substantially similar underlying allegations.

Dated: July 3, 2019

    */s/ John B. Isbister*
John B. Isbister (Fed. Bar No. 00639)
jisbister@tydingslaw.com
Jaime W. Luse (Fed. Bar No. 27394)
jluse@tydingslaw.com
TYDINGS & ROSENBERG LLP
One East Pratt Street, Suite 901
Baltimore, Maryland 21202
T: (410) 752-9700
F: (410) 727-5460

*Attorneys for Plaintiff Mark Gowland*

    */s/ William H. Murphy III*
William H. Murphy III (Fed. Bar No. 30126)
hassan.murphy@murphyfalcon.com
Nikoletta S. Mendrinos (Fed. Bar No. 18961)
Nikoletta.mendrinos@murphyfalcon.com
MURPHY, FALCON & MURPHY P.A.
One South Street, 23rd Floor
Baltimore, Maryland 21202
T: (410) 539-6500
F: (410) 539-6599

*Attorneys for Plaintiff Brian Barry*

_/s/ Andrew Gendron_
Andrew Gendron (Fed. Bar No. 05111)
AGendron@Venable.com
Elizabeth C. Rinehart (Fed. Bar No. 19638)
ECRinehart@Venable.com
VENABLE LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
T: (410) 244-7400
F: (410) 244-7742

Daniel M. Petrocelli (specially admitted)
DPetrocelli@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067
T: (310) 553-6700
F: (310) 246-6779

Matthew W. Close (specially admitted)
MClose@omm.com
Brittany A. Rogers (specially admitted)
BRogers@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA  90071
T: (213) 430-6000
F: (213) 430-6407

_Attorneys for Defendants_

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 3rd day of July, 2019, I caused a copy of the

foregoing motion to be served by CM/ECF on all registered users who have entered their

appearances in this case.



_/s/ Andrew Gendron_