# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARK GOWLAND, derivatively on behalf of COLONY CAPITAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS J. BARRACK, JR., *et al.*,<br><br>Defendants. | Civil Action No. 1:18-cv-03176-CCB |
| BRIAN BARRY, derivatively on behalf of COLONY CAPITAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS J. BARRACK, JR., *et al.*,<br><br>Defendants. | Civil Action No. 1:19-cv-00162-CCB |

**JOINT STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULE FOR FILING CONSOLIDATED COMPLAINT AND RESPONSE THERETO**

**WHEREAS,** on February 26, 2019, all parties--Plaintiff in Civil Action No. 1:18-cv-03176-CCB, Mark Gowland; Plaintiff in Civil Action No. 1:19-cv-00162-CCB, Brian Barry; Defendants Thomas J. Barrack, Jr., Richard B. Saltzman, Darren Tangen, Neale Redington, David T. Hamamoto, Douglas Crocker II, Nancy A. Curtin, Jon A. Fosheim, Justin E. Metz, George G. C. Parker, Charles W. Schoenherr, John A. Somers, and John L. Steffens; and Nominal Defendant Colony Capital, Inc., f/k/a Colony NorthStar, Inc.--jointly moved (Dkt. No. 28) the Court to stay all proceedings in these cases until a decision was rendered on the motion to dismiss the Second Amended Complaint in *Brian Barry v. Colony NorthStar Inc., et al.*, No.

2:18-cv-02888 (C.D. Cal. filed April 6, 2018) (the "Securities Class Action"), a putative class action based on substantially similar underlying allegations;

**WHEREAS,** on March 5, 2019, the Court entered an order (Dkt. No. 29[1]) consolidating Civil Action Nos. 1:18-cv-03176-CCB and 1:19-cv-00162-CCB, staying the Consolidated Action and ordering the Parties to provide a joint status report every 120 days during the pendency of the stay;

**WHEREAS,** on February 21, 2020, the United States District Court for the Central District of California dismissed the Third Amended Complaint in the Securities Class Action with prejudice;

**WHEREAS,** on March 25, 2020, the United States District Court for the Central District of California entered final judgment in the Securities Class Action in favor of Defendants and no appeal was taken;

**WHEREAS**, the Court granted the Parties' Joint Stipulation and Order to Administratively Reopen Action and Set Schedule for Amending and Responding to Complaint ("Scheduling Order") (Dkt. No. 35);

**WHEREAS**, since the entry of the Scheduling Order, new allegations against the Company have been asserted in another securities class action and Plaintiffs need additional time to evaluate these allegations and to draft the anticipated consolidated complaint; and

**WHEREAS**, Defendants disagree that the unrelated securities class action cited by Plaintiffs has any relevance to this proceeding but are willing to provide the two-week

---

[1] Unless otherwise specified, all capitalized terms are as used or defined in the Court's March 5, 2019 Order (Dkt. No. 29).

scheduling adjustment as a professional courtesy and accommodation to Plaintiffs' counsel and to avoid burdening the Court with avoidable scheduling disputes.

**NOW, THEREFORE,** the Parties, by and through their counsel of record, hereby stipulate and agree, and respectfully ask, that the Court enter an order as follows:

1. Plaintiffs shall have until June 10, 2020, to file a consolidated complaint;
2. Defendants shall have until July 27, 2020, to answer, move, or otherwise respond to the consolidated complaint, if any;
3. Plaintiffs shall have until September 10, 2020, to oppose any such motions; and
4. Defendants shall have until October 15, 2020, to reply.

Dated: May 27, 2020

  /s/ *John B. Isbister*
John B. Isbister (Fed. Bar No. 00639)
jisbister@tydingslaw.com
Jaime W. Luse (Fed. Bar No. 27394)
jluse@tydingslaw.com
TYDINGS & ROSENBERG LLP
One East Pratt Street, Suite 901
Baltimore, Maryland 21202
T: (410) 752-9700
F: (410) 727-5460

*Attorneys for Plaintiff Mark Gowland*

  /s/ *Nikoletta S. Mendrinos*
William H. Murphy III (Fed. Bar No. 30126)
hassan.murphy@murphyfalcon.com
Nikoletta S. Mendrinos (Fed. Bar No. 18961)
nikoletta.mendrinos@murphyfalcon.com
MURPHY, FALCON & MURPHY P.A.
One South Street, 23rd Floor
Baltimore, Maryland 21202
T: (410) 539-6500
F: (410) 539-6599

*Attorneys for Plaintiff Brian Barry*

#3531782v.1

Dated: May 27, 2020

    /s/ *Andrew Gendron*
Andrew Gendron (Fed. Bar No. 5111)
andrew.gendron@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
100 Light Street, Suite 1300
Baltimore, MD 21202
T: (410) 525-6414
F: (410) 779-3910

Daniel M. Petrocelli (specially admitted)
DPetrocelli@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
T: (310) 553-6700
F: (310) 246-6779

Matthew W. Close (specially admitted)
MClose@omm.com
Brittany Rogers (specially admitted)
BRogers@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
T: (213) 430-6000
F: (213) 430-6407

*Attorneys for Defendants*

So Ordered this ___ day of _____, 2020.

_____

Catherine C. Blake
United States District Judge

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 27th day of May, 2020, I caused copies of this stipulation and proposed order to be served by CM/ECF on all registered users who have entered their appearances in this case.

                                           /s/
                                         John B. Isbister

#3531782v.1