## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **In re: COLONY CAPITAL STOCKHOLDER-DERIVATIVE** | **Civil Action No. 1:18-cv-03176-CCB**<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41, Co-Lead Plaintiffs Mark Gowland and Brian Barry ("Plaintiffs"), by and through Plaintiffs' undersigned counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendants.

Voluntary dismissal is appropriate under Fed. R. Civ. P. 41(a)(1) given that Defendants have not answered the Complaint nor filed a motion for summary judgment.

Notice of this voluntary dismissal is not required under Fed. R. Civ. P. 23.1(c) because neither Plaintiffs nor Plaintiffs' counsel have received or will receive any compensation whatsoever for this dismissal except that Counsel for the parties have conferred and agreed that all parties shall bear their own costs of this litigation.

Dated: June 10, 2020

_/s/ John B. Isbister_

John B. Isbister (Fed. Bar No. 00639)
jisbister@tydingslaw.com
Jaime W. Luse (Fed. Bar No. 27394)
jluse@tydingslaw.com
TYDINGS & ROSENBERG LLP
One East Pratt Street, Suite 901
Baltimore, Maryland 21202
T: (410) 752-9700
F: (410) 727-5460

Thomas J. McKenna
Gregory M. Egleston
**GAINEY McKENNA & EGLESTON**
501 Fifth Avenue, 19th Floor
New York, New York 10017
Telephone: (212) 983-1300
Fax: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

*Interim Co Lead Counsel for Plaintiff*
*Mark Gowland*

   /s/ *Nikoletta S. Mendrinis*
William H. Murphy III (Fed. Bar No. 30126)
hassan.murphy@murphyfalcon.com
Nikoletta S. Mendrinos (Fed. Bar No. 18961)
nikoletta.mendrinos@murphyfalcon.com
MURPHY, FALCON & MURPHY P.A.
One South Street, 30th Floor
Baltimore, Maryland 21202
T: (410) 539-6500
F: (410) 539-6599

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

*Interim Co Lead Counsel for Plaintiff*
*Brian Barry*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of June, 2020, I caused copies of this Notice

of Voluntary Dismissal to be served by CM/ECF on all registered users who have entered their

appearance in this case.

   /s/ *John B. Isbister*
John B. Isbister

#3545230v.1